# EXHIBIT A

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **BELINDA CHARPENTIER,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-299 |
| | § | |
| **WESTERN WORLD** | § | |
| **INSURANCE COMPANY,** | § | Removed from the 149th Judicial District |
| | § | Court of Brazoria County, Texas |
| *Defendant* | § | |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**Exhibit A**  Index of Documents File with Notice of Removal.

**Exhibit B**  State Court Docket Sheet.

**Exhibit C**  Index of Documents Filed in State Court Action.

**Exhibit C-1**  *Plaintiff's Original Petition*, filed on August 12, 2025.

**Exhibit C-2**  *Plaintiffs' First Amended Petition*, filed on September 10, 2025.

**Exhibit C-3**  Return of Service filed on September 9, 2025, *Plaintiff's Original Petition* was served on Texas Department of Insurance.

**Exhibit C-4**  Letter from Texas Department of Insurance to Western World Insurance Company, served on August 20, 2025.

**Exhibit C-5**  *Defendant Western World Insurance Company's Original Answer*, filed on September 12, 2025.

**Exhibit D**  List of All Counsel of Record

**Exhibit E**  Plaintiffs' pre-suit Notice Letter to Western World Insurance Company

**Exhibit F**  Galveston District Court Rules of Practice